AO 455 (Rev. 5/85) Waiver of Indictment

#5

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

MICHAEL PAT GARNER

## WAIVER OF INDICTMENT

CASE NUMBER: 07CR3392-L

I, MICHAEL PAT GARNER, the above-named defendant, who is accused of committing the following offense:

Importation of marijuana, in violation of Title 21, United States Code, Sections 952 and 960 (Felony).

Being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 12/18/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

x Michael Pat Garner
Defendant

Defense Counsel

Before
Judicial Officer

FILED
DEC 18 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY